IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP 26  A 11: 20

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07CR227-WKW |
| | ) | [21 USC § 841(a)(1)] |
| KELVIN LAMAR CRENSHAW | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about December 19, 2006, in Lowndes County, in the Middle District of Alabama, the Defendant,

KELVIN LAMAR CRENSHAW,

did knowingly and intentionally distribute approximately 3.8 grams of a mixture or substance containing a detectable amount of cocaine-base (crack-cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

*[signature]*
LEURA G. CANARY
United States Attorney

*[signature]*
CHRISTA D. DEEGAN
Assistant United States Attorney