**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:07-cr-227-WKW** |
| | ) | |
| **KELVIN LAMAR CRENSHAW** | ) | |

## NOTICE OF APPEARANCE

      **COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his

appearance on behalf of Defendant Kelvin Lamar Crenshaw, in the above-styled case.

Undersigned counsel is appointed by the Court in this matter.

      Dated this 1st day of October, 2007.

      Respectfully submitted,


      s/Joseph P. Van Heest
      **JOSEPH P. VAN HEEST**
      LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
      Post Office Box 4026
      402 South Decatur Street
      Montgomery, AL 36103-4026
      Phone: (334) 263-3551
      Fax: (334) 263-3227
      jpvanheestcourts@bellsouth.net
      AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christa D. Deegan, Esq., Assistant U. S. Attorney, P.O. Box 197, Montgomery, AL 36101-0107

Respectfully submitted,


s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026