IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No.: 2:07-cr-227-WKW |
| | ) | |
| **KELVIN LAMAR CRENSHAW** | ) | |

### NOTICE OF INTENT TO ENTER GUILTY PLEA TO INFORMATION

**COMES NOW** the Defendant, Kelvin Lamar Crenshaw, by undersigned counsel and hereby notifies the Court of his intent to enter a guilty plea to the information charged in the above-styled cause.

Dated this 1st day of October, 2007.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christa D. Deegan, Esq., Assistant U. S. Attorney, P.O. Box 197, Montgomery, AL 36101-0107

        Respectfully submitted,

        s/Joseph P. Van Heest
        **JOSEPH P. VAN HEEST**
        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
        Post Office Box 4026
        402 South Decatur Street
        Montgomery, AL 36103-4026
        Phone: (334) 263-3551
        Fax: (334) 263-3227
        jpvanheestcourts@bellsouth.net
        AL Bar Code: VAN026