**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 2:07-CR-227-WKW** |
| | ) | |
| **KELVIN LAMAR CRENSHAW** | ) | |

**ORDER**

Upon consideration of the *Motion to Substitute Attorney,* (doc. #23) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 12th day of October, 2007.

                                               /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE