AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | Judgment — Page 2 of 6 |
|---|---|
| DEFENDANT: KELVIN LAMAR CRENSHAW | |
| CASE NUMBER: 3:07cr227-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

34 Months.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where drug treatment and vocation training are available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

## RETURN

JUN 1 6 2008

I have executed this judgment as follows:

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on  5-29-08  to  USP McR

at  Pine Knot, KY , with a certified copy of this judgment.

_D. L. Stine Warden_
UNITED STATES MARSHAL

By  R. Williams L/E
DEPUTY UNITED STATES MARSHAL